## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 392 MAL 2021

              Respondent               :

                                         :   Petition for Allowance of Appeal
                                         :   from the Order of the Superior Court

               v.                         :

                                           :

KELLYANN MCNELIS,                :

                                        :

               Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.  The Application for Leave to File *Amicus* Brief is also **DENIED**.